# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| Plaintiff, | ) ) ) | Case No. 2:99CR10052 |
| v. | ) ) ) | **ORDER** |
| **IRA STANFORD MULLINS JR.**, | ) ) | By: James P. Jones |
| Defendant. | ) ) | Chief United States District Judge |

For the reasons set forth in the Opinion accompanying this Order, it is **ORDERED** as follows:

1. The defendant's pleading (Dkt. No. 54) is construed as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255;

2. The clerk shall reclassify the pleading as a § 2255 motion and process it accordingly; and

3. The said Motion is **DENIED** without prejudice as successive and is stricken from the active docket of the court.

ENTER: September 1, 2008

/s/ JAMES P. JONES
Chief United States District Judge